E-FILED
Tuesday, 28 April, 2026 08:53:53 AM
Friday, 24 April, 2026 04:34:34 PM
Clerk, U.S. District Court, ILCD

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Central District of Illinois

FILED
4/24/2026
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

United States of America
v.

SEAN E. LENCKUS

*Defendant(s)*

Case No. 26-mj- 6032

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of March 26, 2026 in the county of Mclean and elsewhere in the Central District of Illinois, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C. § 875(c) | Interstate Threat to Injure |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

s/redacted

*Complainant's signature*

Special Agent Alexa Biresaw, FBI

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 04/24/2026

*Judge's signature*

City and state: Peoria, Illinois

Ronald L. Hanna, United States Magistrate Judge

*Printed name and title*