E-FILED
Tuesday, 05 May, 2026  02:57:19 PM
Clerk, U.S. District Court, ILCD



FILED

MAY 0 5 2026

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 26-cr- *10019* |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | |
| SEAN E. LENCKUS, | ) | 18 U.S.C. § 875(c) |
| | ) | (Interstate Threat to Injure) |
| Defendant. | ) | |

## INDICTMENT

The Grand Jury charges:

### COUNT 1
### (Interstate Communications with a Threat to Injure)

On or about April 14, 2026, in McLean County, in the Central District of Illinois and elsewhere, the defendant, SEAN E. LENCKUS, knowingly and willfully did transmit in interstate and foreign commerce a threat to injure the person of another. Specifically, LENCKUS posted the comment on a YouTube video: "Typical nig thug. Gotta love killing them. We plan to kill more tonight. We're gonna go to their homes and lynch these nigs. WP."

All in violation of Title 18, United States Code, Section 875(c).

## COUNT 2
### (Interstate Communications with a Threat to Injure)

On or about April 14, 2026, in McLean County, in the Central District of Illinois and elsewhere, the defendant, SEAN E. LENCKUS, knowingly and willfully did transmit in interstate and foreign commerce a threat to injure the person of another. Specifically, LENCKUS posted the comment on a YouTube video: "lol, he got what he deserved. Gotta love you nigs getting killed. God hates you and we will kill you. We're gonna kill you too and have your address. Love it. Kill nigs!"

All in violation of Title 18, United States Code, Section 875(c).

## COUNT 3
### (Interstate Communications with a Threat to Injure)

On or about March 26, 2026, in McLean County, in the Central District of Illinois and elsewhere, the defendant, SEAN E. LENCKUS, knowingly and willfully did transmit in interstate and foreign commerce a threat to injure the person of another. Specifically, LENCKUS posted the comment on a YouTube video: "Good. Gonna lynch her. We have her address. We're gonna kill this nigger."

All in violation of Title 18, United States Code, Section 875(c).

## COUNT 4
### (Interstate Communications with a Threat to Injure)

On or about March 26, 2026, in McLean County, in the Central District of Illinois and elsewhere, the defendant, SEAN E. LENCKUS, knowingly and willfully did transmit in interstate and foreign commerce a threat to injure the person of another. Specifically, LENCKUS posted the comment on a YouTube video: "Shoot this pastor and shoot you too. We will boy."

All in violation of Title 18, United States Code, Section 875(c).

## COUNT 5
### (Interstate Communications with a Threat to Injure)

On or about March 23, 2026, in McLean County, in the Central District of Illinois and elsewhere, the defendant, SEAN E. LENCKUS, knowingly and willfully did transmit in interstate and foreign commerce a threat to injure the person of another. Specifically, LENCKUS posted the comment on a YouTube video: "Fact of the matter is, we will deal with you and your people with the rope like it was back in the day. We're going after this nig's family and are going to burn down their house and hang the nigs."

All in violation of Title 18, United States Code, Section 875(c).

A True Bill,

redacted

Foreperson

redacted

GREGORY M. GILMORE
ACTING UNITED STATES ATTORNEY
DFM

5